# IN THE SUPREME COURT OF THE STATE OF NEVADA

NEVADA DIRECT INSURANCE
COMPANY, A NEVADA COMPANY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE KENNETH C.
CORY, DISTRICT JUDGE,
Respondents,
and
MICHAEL SMITH; SHARON SMITH, AS
ASSIGNEES OF GAY KUPERMAN; AND
GAY KUPERMAN,
Real Parties in Interest.

No. 73278

**FILED**

SEP 1 9 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR
## WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a district court order denying a motion to dismiss in an insurance action.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991); *see Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (observing that this court generally will not consider writ petitions challenging orders

denying motions to dismiss). Among other reasons, we are not persuaded that an appeal from a final judgment is an inadequate remedy. *See Pan*, 120 Nev. at 224, 88 P.3d at 841. Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:     Hon. Kenneth C. Cory, District Judge
        Emerson Law Group
        Ganz & Hauf/Las Vegas
        Eighth District Court Clerk